144 A.3d 92

George Ivan LOPEZ, Appellant

v.

PA. Department of Corrections, Commissioner, John WETZEL, PA. Governor, Tom Corbett, Superintendent, Louis S. Folino, Jane and John Doe, Appellees.

Supreme Court of Pennsylvania.

Aug. 15, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of August, 2016, the order of the Commonwealth Court is **AFFIRMED.**